IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-22011-CMB |
| DANIEL J. AUBEL, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | re doc. 13 |
| ) | |
| ) | |
| DANIEL J. AUBEL, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT. ) | |

### ORDER OF COURT

AND NOW, to wit, this ___28th___ day of ___July_____, 2020, it is hereby ORDERED that Movant/Debtor Daniel J. Aubel is granted an extension up to and including August 7, 2020 to file the required completed schedules, declarations, statements, and plan.

BY THE COURT:

_Carlota M. Böhm_ dmk
CARLOTA M. BÖHM,
Chief Bankruptcy Judge

FILED
7/28/20 8:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Daniel J. Aubel  
    Debtor

Case No. 20-22011-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: bsil   Page 1 of 1   Date Rcvd: Jul 28, 2020  
    Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.  
db      +Daniel J. Aubel,   111 Marie Ave.,   Avalon, PA 15202-2345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:

    Glenn R. Bartifay    on behalf of Debtor Daniel J. Aubel gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com  
    James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4 bkgroup@kmllawgroup.com  
    Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

    TOTAL: 5