IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO.  20-22011-CMB |
| DANIEL J. AUBEL, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | re doc 16 |
| DANIEL J. AUBEL, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT. ) | |

**ORDER OF COURT**

   AND NOW, to wit, this  10th  day of  August , 2020, it is hereby ORDERED that Movant/Debtor Daniel J. Aubel is granted an extension up to and including August 17, 2020 to file the required completed schedules, declarations, statements, and plan.

               BY THE COURT:

               *Carlota M. Böhm* dmk
               CARLOTA M. BÖHM,
               Chief Bankruptcy Judge

FILED
8/10/20 8:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Daniel J. Aubel  
      Debtor

Case No. 20-22011-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 1      Date Rcvd: Aug 10, 2020  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2020.  
db            +Daniel J. Aubel,    111 Marie Ave.,    Avalon, PA 15202-2345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2020 at the address(es) listed below:  
         Glenn R. Bartifay     on behalf of Debtor Daniel J. Aubel gbartifay@bartifaylaw.com,  
          sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com  
         James    Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture  
          Trustee, for New Century Home Equity Loan Trust 2004-4 bkgroup@kmllawgroup.com  
         Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
          jbluemle@bernsteinlaw.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                      TOTAL: 5