IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 20-22011-CMB |
| DANIEL J. AUBEL, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| DANIEL J. AUBEL, | ) | re doc. 19 |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**ORDER OF COURT**

AND NOW, to wit, this ___18th___ day of ___August___, 2020, it is hereby ORDERED that Movant/Debtor Daniel J. Aubel is granted an extension up to and including August 28, 2020 to file the required completed schedules, declarations, statements, and plan.

BY THE COURT:

_____
CARLOTA M. BÖHM,
Chief Bankruptcy Judge

FILED
8/18/20 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 20-22011-CMB
Daniel J. Aubel                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil              Page 1 of 1            Date Rcvd: Aug 18, 2020
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db             +Daniel J. Aubel,    111 Marie Ave.,    Avalon, PA 15202-2345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
              Glenn R. Bartifay    on behalf of Debtor Daniel J. Aubel gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2004-4 bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```