IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 20-22011 |
| DANIEL J. AUBEL, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

### EMPLOYEE INCOME RECORDS

Attached hereto are the Employee Income Records for Debtor Daniel J. Aubel for the 60-day period pre-filing of the Petition

Declaration Under Penalty of Perjury by Individual Debtor

I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: September 8, 2020    Signature:    /s/ Daniel J. Aubel__
DANIEL J. AUBEL,
Debtor

Dated: September 8, 2020    /s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Debtor

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Ave., First Floor
Murrysville, PA 15668
(412) 824-4011
gbartifay@bartifaylaw.com

7/20/2020        Earnings Statements

**Select Pay Date**

7/14/2020

 Print

**Preview - Not a Check**

Period Ending: 7/5/2020
Check Date: 7/14/2020

Net Pay: $111.37

Harvest IHOP - Pittsburgh
1002 Southerland Dr
Pittsburgh, PA 15205
--
703-988-3706

Daniel J Aubel
111 Marie Ave
Pittsburgh, PA 15202
--

| Earnings | Rate | Hours | Amount |
|---|---|---|---|
| Regular-Front of the House | 2.83 | 31.81 | 90.02 |
| Regular-Front of the House | 7.25 | 10.32 | 74.82 |

**Gross Pay: $164.84**          **Year-to-Date Pay: $2468.92**

| Taxes | Amount | Year-to-Date Amount |
|---|---|---|
| FIT | 0.00 | 185.90 |
| FICAS | 27.09 | 443.02 |
| FICAM | 6.34 | 103.61 |
| PA-SIT | 13.41 | 219.36 |
| PA-SDI | 0.26 | 4.29 |
| ROBINSON TWP / MONTOUR SD | 4.37 | 71.46 |
| ROBINSON TWP-MONTOUR SD-LST | 2.00 | 26.00 |
| Totals: | $53.47 | $1053.64 |

| After-Tax Deductions | Amount | Year-to-Date Amount |
|---|---|---|
| Garnishment | 0.00 | 176.00 |
| Garnishment Fee | 0.00 | 12.00 |
| Totals: | $0.00 | $188.00 |

Net Pay: $111.37

| Net-Pay Distributions | Amount |
|---|---|
| D.D. to: ******9755 | 111.37 |

| Leave Pay Hours | Remaining |
|---|---|
| PA SICK HOURLY | 17.95 |

| Other Information | Amount | Year-to-Date Max |
|---|---|---|
| Total Reported Tips | 272.11 | 4676.58 |
| Cash Tips | -75.50 | -2205.97 |
| Charge Tips 2 | -196.61 | -2470.61 |